IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01142-BNB-CBS

MARY NEIGHBOURS, as mother and next friend of JOSEPH NEIGHBOURS, JR., and NANCY JACKSON,

Plaintiffs,

v.

THE HANOVER INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference.  This case is related to Case No. 05-cv-01990-BNB-CBS *Neighbours v. The Hanover Ins. Co.*

IT IS ORDERED that the case schedule is modified to the following extent:

**Discovery Cut-Off:**                              October 31, 2006

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**          November 30, 2006

**Expert Disclosures:**

**(a)**   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 15, 2006**

  **(b)**  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 29, 2006**

  **Final Pretrial Conference:** A final pretrial conference is set for **January 29, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **January 22, 2007**.

  IT IS FURTHER ORDERED that the parties may agree that specified discovery is taken for use in this case and 05-cv-01990-BNB-CBS.

  Dated February 6, 2006.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge