IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01142-BNB-CBS

MARY NEIGHBOURS, as mother and next friend of JOSEPH NEIGHBOURS, JR., and NANCY JACKSON,

Plaintiffs,

v.

THE HANOVER INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Dismiss** [Doc. # 21, filed 5/11/06] (the "Motion"). Plaintiff Nancy Jackson and the defendant have stipulated to the dismissal of Jackson's claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the claims of Nancy Jackson against The Hanover Insurance Company are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated May 15, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge